# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors.<br><br>RHODIUM ENTERPRISES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS MINING LLC, previously known as Celsius Core LLC,<br><br>Defendant. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Adv. Proc. No. _____<br><br><br><br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE 7007.1 FOR RHODIUM ENTERPRISES, INC.** |

Pursuant to Federal Rule of Bankruptcy 7007.1, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel for Rhodium Enterprises, Inc. in the above captioned action, certifies that Rhodium Enterprises, Inc. has no parent corporation and that no publicly traded corporation owns 10% or more of its stock.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

Dated the 21st day of April, 2023

Respectfully submitted,

**THOMPSON HINE LLP**

/s/ Renee Zaytsev
Renee Zaytsev, Esq.
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Telephone:   212-908-3981
Facsimile:   212-344-6101
Renee.Zaytsev@thompsonhine.com

**STRIS & MAHER LLP**

Peter K. Stris (NYSBA # 3975141)
Dana Berkowitz (NYSBA #5155270)
Victor O'Connell (*pro hac vice application forthcoming*)
John Stokes (*pro hac vice application forthcoming*)
pstris@stris.com
dberkowitz@stris.com
voconnell@stris.com
jstokes@stris.com
777 S Figueroa Street, Suite 3850
Los Angeles, California 90017
Phone: (213) 995-6800
Fax: (213) 261-0299

Attorneys for Plaintiff Rhodium Enterprises, Inc.