US BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Rhodium Enterprises, Inc.

    Plaintiff(s)

VS

Celsius Mining LLC previously known as Celsius Core LLC

    Defendant(s)

**AFFIDAVIT OF SERVICE**

File/Index No.: 22-10964 (MG)
Issued On:
Alt File/Index No.:
Calendar No.:

**SERVICE UPON: CELSIUS MINING LLC, previously known as Celsius Core LLC**

STATE OF DELAWARE, CITY OF WILMINGTON: ss

Selena Cabrera being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of Delaware, City of Wilmington.

On 4/24/2023 at 12:49 PM EST at 1209 N Orange St, Wilmington, DE 19801-1120, I personally served the following documents: SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING: ADVERSARY COMPLAINT upon CELSIUS MINING LLC, previously known as Celsius Core LLC.

By delivering to and leaving a true copy thereof with The Corporation Trust Company, Registered Agent, by Serving, Nadia Bellamy - Authorized Agent who stated that she was authorized to accept service on behalf of CELSIUS MINING LLC, previously known as Celsius Core LLC.

I describe the recipient at the time of service as follows: Gender: Female Race/Skin: Caribbean Age: 35 Height: 5'5 Weight: 150 lbs Hair: Black Eyes: n/a

Subscribed and sworn before me on April 24, 2023

Notary Public:
Notary #: 2022070600002
Qualified in County: New Castle
My Commission expires on: 07-31-2026

HERMINIO CABRERA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 07-31-2026

Selena Cabrera
Nationwide Legal, LLC
1609 James M Wood Blvd.,
Los Angeles, CA 90015
(213) 249-9999

**NATIONWIDE LEGAL**



Order #: LA388015

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __Selena Cabrera__ (name), certify that service of this summons and a copy of the complaint was made __4/24/2023__ (date) by:

- ☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ☒ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

  **1209 N Orange St  Wilmington, DE 19801**

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __4/24/2023__   Signature _Selena Cabrera 4.24.23_

Print Name: __Selena Cabrera__

Business Address: __1609 James M Wood Blvd. Los Angeles, CA 90015__

__(213) 249-9999__