B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __Peyton Hause__ (name), certify that service of this summons and a copy of the complaint was made __4/24/2023__ (date) by:

- ☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
  See Attachment A.

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __4/24/23__   Signature __Peyton Hause__

Print Name:   __Peyton Hause__

Business Address:   __777 S. Figueroa St, Suite 3850__

__Los Angeles, CA__

Attachment A

Akin Gump, Special litigation counsel to Celsius Mining LLC
One Bryant Park
Bank of America Tower
New York, NY 10036-6745 US

Kirkland & Ellis LLP, Counsel for Debtor Celsius Network LLC
Attn: Joshua A. Sussberg
601 Lexington Avenue, New York, NY 10022

Debtor, Celsius Network LLC
50 Harrison St, Suite 209F,
Hoboken NJ 07030

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Celsius Network LLC                                   Bankruptcy Case No.: 22–10964–mg

Rhodium Enterprises, Inc.

Plaintiff(s),

–against–                                                    Adversary Proceeding No. 23–01101–mg

Celsius Mining LLC previously known as Celsius Core LLC

Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| **Address of Clerk:** |
|---|
| **Clerk of the Court**<br>**United States Bankruptcy Court**<br>**Southern District of New York**<br>**One Bowling Green**<br>**New York, NY 10004–1408** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
|---|
| **Renee M. Zaytsev**<br>**Thompson Hine LLP**<br>**335 Madison Avenue**<br>**12th Floor**<br>**New York, NY 10017** |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004–1408 | Room: Contact chambers for Zoom Meeting ID, and Password, MG Zoom Videoconference<br><br>Date and Time: 6/28/23 at 10:00 AM |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 4/24/23                                               Vito Genna

*Clerk of the Court*

By: /s/ Carmen Ortiz

*Deputy Clerk*