# CERTIFICATE OF SERVICE

I, __Peyton Hause__ (name), certify that service of this Corporate Ownership Statement was made __4/24/2023__ (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
    See Attachment A.

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __4/24/23__    Signature __/s/ Peyton Hause__

Print Name:    __Peyton Hause__

Business Address:    __777 S. Figueroa St, Suite 3850__

                                     __Los Angeles, CA__

Attachment A

Akin Gump, Special litigation counsel to Celsius Mining LLC
One Bryant Park
Bank of America Tower
New York, NY 10036-6745 US

Kirkland & Ellis LLP, Counsel for Debtor Celsius Network LLC
Attn: Joshua A. Sussberg
601 Lexington Avenue, New York, NY 10022

Debtor, Celsius Network LLC
50 Harrison St, Suite 209F,
Hoboken NJ 07030

Defendant Celsius Mining LLCc/o The Corporation Trust
Company, Corporation Trust Center
1209 Orange St., Wilmington, DE 19801

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> CELSIUS NETWORK LLC, *et al.*,[1] <br><br> Debtors. <br><br> RHODIUM ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELSIUS MINING LLC, previously known as Celsius Core LLC, <br><br> Defendant. | Chapter 11 <br><br> Case No. 22-10964 (MG) <br><br> Adv. Proc. No. _____ <br><br><br><br> **CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE 7007.1 FOR RHODIUM ENTERPRISES, INC.** |

Pursuant to Federal Rule of Bankruptcy 7007.1, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel for Rhodium Enterprises, Inc. in the above captioned action, certifies that Rhodium Enterprises, Inc. has no parent corporation and that no publicly traded corporation owns 10% or more of its stock.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

Dated the 21st day of April, 2023

Respectfully submitted,

**THOMPSON HINE LLP**

/s/ Renee Zaytsev
Renee Zaytsev, Esq.
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Telephone:  212-908-3981
Facsimile:  212-344-6101
Renee.Zaytsev@thompsonhine.com


**STRIS & MAHER LLP**

Peter K. Stris (NYSBA # 3975141)
Dana Berkowitz (NYSBA #5155270)
Victor O'Connell (*pro hac vice application forthcoming*)
John Stokes (*pro hac vice application forthcoming*)
pstris@stris.com
dberkowitz@stris.com
voconnell@stris.com
jstokes@stris.com
777 S Figueroa Street, Suite 3850
Los Angeles, California 90017
Phone: (213) 995-6800
Fax: (213) 261-0299

Attorneys for Plaintiff Rhodium Enterprises, Inc.