# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,<br><br>                        Debtors.<br><br>RHODIUM ENTERPRISES, INC.,<br><br>                        Plaintiff,<br><br>v.<br><br>CELSIUS MINING LLC,<br><br>                        Defendant. | Case No. 22-10964 (MG)<br><br>Chapter 11<br><br>Adv. Proc. No. 23-01101 (MG) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Dana Berkowitz of Stris & Maher LLP hereby appears on behalf of Plaintiff Rhodium Enterprises, Inc. in the above-captioned adversary proceeding.

1

Dated the 25th day of April, 2023　　　　　　　Respectfully submitted,

**STRIS & MAHER LLP**

/s/ *Dana Berkowitz*
Dana Berkowitz

Peter K. Stris
Dana Berkowitz
Victor O'Connell (*pro hac vice* application forthcoming)
John Stokes (*pro hac vice* application forthcoming)
pstris@stris.com
dberkowitz@stris.com
voconnell@stris.com
jstokes@stris.com
777 S Figueroa Street, Suite 3850
Los Angeles, California 90017
Phone: (213) 995-6800
Fax: (213) 261-0299

**THOMPSON HINE LLP**

Renee Zaytsev, Esq.
Renee.Zaytsev@thompsonhine.com
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Telephone:  212-908-3981
Facsimile:  212-344-6101

*Attorneys for Plaintiff Rhodium Enterprises, Inc.*