## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al*.,<br><br>                        Debtors.<br><hr>RHODIUM ENTERPRISES, INC.,<br><br>                        Plaintiff,<br><br>      v.<br><br>CELSIUS MINING LLC,<br><br>                        Defendant. | Case No. 22-10964 (MG)<br><br>Chapter 11<br><br>Adv. Proc. No. 23-01101 (MG) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Peter K. Stris of Stris & Maher LLP hereby appears on behalf of Plaintiff Rhodium Enterprises, Inc. in the above-captioned adversary proceeding.

Pg 2 of 2

Dated the 25th day of April, 2023                Respectfully submitted,


                                                 **STRIS & MAHER LLP**

                                                 /s/ *Peter K. Stris*
                                                 Peter K. Stris

                                                 Peter K. Stris
                                                 Dana Berkowitz
                                                 Victor O'Connell (*pro hac vice* application
                                                 forthcoming)
                                                 John Stokes (*pro hac vice* application
                                                 forthcoming)
                                                 pstris@stris.com
                                                 dberkowitz@stris.com
                                                 voconnell@stris.com
                                                 jstokes@stris.com
                                                 777 S Figueroa Street, Suite 3850
                                                 Los Angeles, California 90017
                                                 Phone: (213) 995-6800
                                                 Fax: (213) 261-0299

                                                 **THOMPSON HINE LLP**

                                                 Renee Zaytsev, Esq.
                                                 Renee.Zaytsev@thompsonhine.com
                                                 335 Madison Avenue, 12th Floor
                                                 New York, New York 10017-4611
                                                 Telephone:  212-908-3981
                                                 Facsimile:  212-344-6101

                                                 *Attorneys for Plaintiff Rhodium Enterprises,*
                                                 *Inc.*