**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>    Celsius Network LLC, *et al.*,<br><br>                                                    Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG) |
| Rhodium Enterprises, Inc.<br>                                                    Plaintiff<br>*v.*<br><br>Celsius Mining LLC,<br>                                                    Defendant. | Adv. Pro. No. 23-01101 (MG) |

## ORDER REQUIRING DEFENDANT TO FILE A LETTER IN RESPONSE

Counsel for Rhodium Enterprises, Inc., plaintiff in the above-captioned adversary proceeding ("Plaintiff") filed a letter requesting that a pre-motion conference be scheduled to consider Plaintiff's request for leave to file a motion for summary judgment. (ECF Doc. # 7.) Counsel for the defendant, Celsius Mining LLC, shall file a letter responding to the request on or before April 28, 2013, at 5:00 p.m. ET. After reviewing the two letters, the Court will decide whether to schedule a pre-motion conference.

**IT IS SO ORDERED.**

Dated:   April 25, 2023
            New York, New York

                                                                        _____  Martin Glenn_____
                                                                            MARTIN GLENN
                                                                    Chief United States Bankruptcy Judge