AKIN GUMP STRAUSS HAUER & FELD LLP

Elizabeth D. Scott (admitted *pro hac vice*)

2300 N. Field Street, Suite 1800

Dallas, Texas 75201

Telephone: (214) 969-2800

Facsimile: (214) 969-4343

edscott@akingump.com

*Special Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |
| RHODIUM ENTERPRISES, INC., | |
| Plaintiff, | Adversary Proceeding No. 23-01101 (MG) |
| v. | |
| CELSIUS MINING LLC, previously known as Celsius Core LLC, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

---

[1] The Debtors in these chapter 11 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

PLEASE TAKE NOTICE that Elizabeth D. Scott, admitted *pro hac vice* by Order dated October 18, 2022, of Akin Gump Strauss Hauer & Feld LLP, with offices located at One Bryant Park, New York, New York 10036 and 2300 N. Field Street, Dallas, Texas 75201, hereby appears on behalf of Defendant Celsius Mining LLC in the above captioned adversary proceeding, and requests that all papers be served upon the undersigned.

Dated: <u>April 26, 2023</u>　　　　　　　　AKIN GUMP STRAUSS HAUER & FELD LLP
　　　　　Dallas, Texas

　　　　　　　　　　　　　　　　　　　By: <u>/s/ Elizabeth D. Scott</u>
　　　　　　　　　　　　　　　　　　　　　Elizabeth D. Scott (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　2300 N. Field Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　　Telephone: (214) 969-2800
　　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 969-4343
　　　　　　　　　　　　　　　　　　　　　edscott@akingump.com

　　　　　　　　　　　　　　　　　　　　　*Special Litigation Counsel*
　　　　　　　　　　　　　　　　　　　　　*to the Debtors and the Debtors in Possession*