AKIN GUMP STRAUSS HAUER & FELD LLP
Jeffrey A. Latov
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
jlatov@akingump.com

*Special Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| RHODIUM ENTERPRISES, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>CELSIUS MINING LLC, previously known as Celsius Core LLC,<br><br>                    Defendant. | Adversary Proceeding<br>No. 23-01101 (MG) |

**NOTICE OF APPEARANCE**

---

[1] The Debtors in these chapter 11 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

PLEASE TAKE NOTICE that Jeffrey A. Latov of Akin Gump Strauss Hauer & Feld LLP, with offices located at One Bryant Park, New York, New York 10036, hereby appears on behalf of Defendant Celsius Mining LLC in the above captioned adversary proceeding, and requests that all papers be served upon the undersigned.

| | |
|---|---|
| Dated: <u>April 26, 2023</u><br>New York, New York | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By: <u>/s/ Jeffrey A. Latov</u><br>Jeffrey A. Latov<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>jlatov@akingump.com<br><br>*Special Litigation Counsel*<br>*to the Debtors and the Debtors in Possession* |