**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors.<br><br>RHODIUM ENTERPRISES, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CELSIUS MINING LLC, previously known as Celsius Core LLC,<br><br>　　　　　　　　　　Defendant. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Adv. Proc. No. 23-01101(MG) |

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

The Court will hold a case management conference in this adversary proceeding at 5:00 p.m., Tuesday, May 2, 2023, using Zoom for Government. Counsel for both Plaintiff and Defendant shall appear. In advance of the conference, counsel shall discuss entering into a Case Management and Scheduling Order including a date for Defendant to answer the Complaint and file any counterclaims, dates for concluding fact and expert discovery, and following the close of discovery, any dispositive motion practice.

**IT IS SO ORDERED.**

DATED:　　May 1, 2023

　　　　　　　　　　　　*Martin Glenn*
　　　　　　　　　　　　MARTIN GLENN
　　　　　　　　　Chief United States Bankruptcy Judge