**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br>Debtors. | Case No. 22-10964 (MG)<br>Chapter 11 |
| RHODIUM ENTERPRISES, INC.,<br>Plaintiff,<br>v.<br>CELSIUS MINING LLC,<br>Defendant. | Adv. Proc. No. 23-01101 (MG) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John Randolph Stokes, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent Plaintiff Rhodium Enterprises, Inc. in the above-referenced adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of California, the United States District Court for the Central District of California, the United States District Court for the Northern District of California, the United States Federal Circuit, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

of Appeals for the Eighth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, and the United States Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated the 2nd day of May, 2023

Respectfully submitted,

**STRIS & MAHER LLP**

/s/ *John Stokes*
John Stokes

Peter K. Stris
Dana Berkowitz
Victor O'Connell (*pro hac* vice application forthcoming)
John Stokes (*pro hac vice* application forthcoming)
pstris@stris.com
dberkowitz@stris.com
voconnell@stris.com
jstokes@stris.com
777 S Figueroa Street, Suite 3850
Los Angeles, California 90017
Phone: (213) 995-6800
Fax: (213) 261-0299

**THOMPSON HINE LLP**

Renee Zaytsev
Renee.Zaytsev@thompsonhine.com
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Telephone: (212) 908-3981
Facsimile: (212) 344-6101

*Attorneys for Plaintiff Rhodium Enterprises, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                Debtors. | Case No. 22-10964 (MG)<br><br>Chapter 11 |
| RHODIUM ENTERPRISES, INC.,<br><br>                Plaintiff,<br><br>                v.<br><br>CELSIUS MINING LLC,<br><br>                Defendant. | Adv. Proc. No. 23-01101 (MG) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John Randolph Stokes, to be admitted, **pro hac vice**, to represent Plaintiff Rhodium Enterprises, Inc., ("Rhodium") in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, the United States District Court for the Central District of California, the United States District Court for the Northern District of California, the United States Federal Circuit, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, and the United States Supreme Court, it is hereby

**ORDERED**, that John Randolph Stokes, Esq., is admitted to practice ***pro hac vice***, in the above-referenced adversary proceeding to represent Rhodium, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York                                             /s/ _____
                                                               THE HONORABLE MARTIN GLENN
                                                               CHIEF UNITED STATES BANKRUPTCY JUDGE