**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br>               Debtors. | Case No. 22-10964 (MG)<br>Chapter 11 |
| RHODIUM ENTERPRISES, INC.,<br>               Plaintiff,<br>v.<br>CELSIUS MINING LLC,<br>               Defendant. | Adv. Proc. No. 23-01101 (MG) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Victor A. O'Connell, to be admitted, ***pro hac vice***, to represent Plaintiff Rhodium Enterprises, Inc., ("Rhodium") in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, the United States District Court for the Central District of California, the United States District Court for the Northern District of California, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Ninth

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States Court of Appeals for the Federal Circuit, and the United States Supreme Court, it is hereby

**ORDERED**, that Victor A. O'Connell, Esq., is admitted to practice ***pro hac vice***, in the above-referenced adversary proceeding to represent Rhodium, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: May 2, 2023  
New York, New York

                                                 /s/Martin Glenn  
                             THE HONORABLE MARTIN GLENN  
                       CHIEF UNITED STATES BANKRUPTCY JUDGE