**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG) |
| RHODIUM ENTERPRISES, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CELSIUS MINING LLC, previously known as Celsius Core LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Proc. No. 23-1101 (MG) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as applicable to this adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7041, Plaintiff Rhodium Enterprises, Inc., by and through its undersigned counsel, hereby gives notice that the above-captioned adversary proceeding is voluntarily dismissed without prejudice as against all Defendants.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

1

2

| | |
|---|---|
| Dated: New York, New York<br>May 18, 2023 | **THOMPSON HINE LLP**<br><br>By: */s/Renee Zaytsev*<br>Renee Zaytsev<br>300 Madison Avenue, 27th Floor<br>New York, NY 10017<br>Telephone: (212) 908-3981<br>Facsimile: (212) 344-6101<br>Renee.Zaytsev@ThompsonHine.com<br><br>*Attorneys for Plaintiff Rhodium Enterprises, Inc.* |

2